IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ,<br><br>        Plaintiff,<br><br>    v.<br><br>PACIFIC CATCH, INC.<br><br>        Defendant. | Case No.: 14-cv-3622-JSC<br><br>**ORDER TO PLAINTIFF FOR STATUS UPDATE** |

Plaintiff filed this Americans With Disabilities Act ("ADA") access case in August 2014. The Complaint names as defendants Pacific Catch, Inc., Peter N. Kiritchenko, and Isabella Kiritchenko. While Pacific Catch and Peter Kiritchenko have appeared in the action, answered, and consented to the jurisdiction of a magistrate judge, Isabella Kiritchenko has not. Accordingly, Plaintiff is directed to provide the Court with a written update on the status of the claims against Ms. Kirtichenko, including whether she has been served and whether Plaintiff intends to pursue the claims against her, on or before May 8, 2015. Plaintiff shall also update the Court on the status of the action as a whole.

**IT IS SO ORDERED.**

Dated: April 22, 2015

JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE